|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **CENTRAL DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| HUGUES GERVAT, Derivatively on Behalf of Nominal Defendant BEYOND MEAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ETHAN WALDEN BROWN, MARK J. NELSON, PHILLIP E. HARDIN, SETH GOLDMAN, SALLY GRIMES, RAYMOND LANE, MUKTESH PANT, NED SEGAL, KATHY WALLER, <br><br> Defendants, <br><br> and <br><br> BEYOND MEAT, INC., <br><br> Nominal Defendant. | NO. CV 23-5954-MWF(AGRx) |
| KIMBERLY BRINK, Derivatively on Behalf of Nominal Defendant BEYOND MEAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ETHAN WALDEN BROWN, SETH GOLDMAN, SALLY GRIMES, RAYMOND LANE, MUKTESH PANT, NED SEGAL, KATHY WALLER, MARK J. NELSON, AND PHILLIP E. HARDIN, <br><br> Defendants, <br><br> BEYOND MEAT, INC., <br><br> Nominal Defendant. | NO. CV 23-6110-MWF(AGRx) <br><br> **ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE TWO RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL** <br><br> (JS-6 CV 23-6110 only) |

1  **UPON THE STIPULATION OF THE PARTIES, AND FOR GOOD
2  CAUSE SHOWN, IT IS ORDERED:**

3  1.  Defendants have waived service of the complaints filed in the
4  Derivative Actions pursuant to Federal Rule of Civil Procedure 4(d), but have
5  reserved all rights, claims, and defenses, including, but not limited to, all
6  jurisdictional defenses, other than any objections to the sufficiency of service.

7  2.  The above-captioned actions are hereby **CONSOLIDATED** for all
8  purposes, including pre-trial proceedings and trial, under Case No.: CV 23-5954-
9  MWF(AGRx) (the "Consolidated Derivative Action").

10  3.  Every pleading filed in the Consolidated Derivative Action, or in any
11  separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: CV 23-5954-MWF(AGRx) |
|---|---|
| This Document Relates to: ALL ACTIONS. | |

18  4.  All papers filed in connection with the Consolidated Derivative Action
19  will be maintained in one file under Lead Case No.: CV 23-5954-MWF(AGRx) and
20  all papers and documents previously filed and/or served in the Derivative Actions
21  shall be deemed a part of the record in the Consolidated Derivative Action.

22  5.  Once the Clerk has consolidated the two actions, Case No. CV 23-6110-
23  MWF(AGRx) shall be administratively closed and no further filings shall be made
24  in that action.

25  6.  Co-Lead Counsel for plaintiffs for the conduct of the Consolidated
26  Derivative Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue
19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Emails: gegleston@gme-law.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Derivative Action. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as the Consolidated

1  Derivative Action, which is subsequently filed in, removed to, reassigned to, or
2  transferred to this Court.  When a shareholder derivative action that properly belongs
3  as part of *In re Beyond Meat, Inc. Stockholder Derivative Litigation*, Lead Case No.:
4  CV 23-5954-MWF(AGRx), is hereafter filed in this Court, removed to this Court,
5  reassigned to this Court, or transferred here from another court, this Court requests
6  the assistance of counsel in calling to the attention of the clerk of the Court the filing,
7  removal, reassignment, or transfer of any derivative case that might properly be
8  consolidated as part of *In re Beyond Meat, Inc. Stockholder Derivative Litigation*,
9  Lead Case No.: CV 23-5954-MWF(AGRx), and counsel are to assist in assuring that
10 counsel in subsequent actions receive notice of this Order. Unless otherwise ordered,
11 the terms of all orders, rulings, and decisions in the Consolidated Derivative Action
12 shall apply to all later substantially similar shareholder derivative actions filed in
13 this Court, removed to this Court, reassigned to the Court, or transferred here from
14 another court.

15        11.   Within sixty (60) days after the Court enters this Proposed Order
16 Appointing Co-Lead Counsel attached hereto, the Parties shall submit a stipulation
17 with a proposed schedule to the Court concerning further proceedings in the
18 Consolidated Derivative Action.

19        12.   Defendants are not required to answer or otherwise respond to the
20 respective complaints filed in the Consolidated Derivative Action until the deadline
21 set forth in the Court's order on the Parties' proposed schedule referenced in
22 Paragraph 10.

23
24 Dated: August 15, 2023                 _____
25                                        MICHAEL W. FITZGERALD
                                          United States District Judge
26
27
28