JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. CV 23-5954-MWF (AGRX) |
| This Document Relates to: ALL ACTIONS. | **ORDER GRANTING STIPULATION TO STAY ACTION** |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The Consolidated Derivative Action (including all discovery) shall be stayed until twenty (20) business days following the resolution of any and all motions to dismiss, including exhaustion of appeals in the Securities Class Action or any related securities class actions that may be filed.

2. If the stipulated stay of proceedings is lifted, the Parties shall meet and confer and within five (5) business days submit a proposed scheduling order governing any further proceedings in the Consolidated Derivative Action, including any amended complaint filed by Plaintiffs and the date by which Defendants must answer or otherwise plead.

3. Defendants shall promptly notify Plaintiffs if and after any other related derivative lawsuit ("Related Derivative Action") is filed in this Court or another court.

4. Defendants shall promptly notify Plaintiffs if any Related Derivative Action is not stayed for the same duration as or a longer duration than the Consolidated Derivative Action, within ten (10) days thereafter.

5. If any Related Derivative Action not consolidated with the Consolidated Derivative Action is not stayed for the same duration as or a longer duration than the stay of the Consolidated Derivative Action, Plaintiffs may lift the agreed stay upon five (5) days' written notice via email to the undersigned counsel of Defendants and Beyond Meat. In the event that Plaintiffs lift the stay pursuant to this paragraph, Defendants and Beyond Meat reserve the right to pursue a motion for a further stay of proceedings, which Plaintiffs may oppose, but not on the grounds that the Consolidated Derivative Action should be stayed in deference to a Related Derivative Action; provided that the schedule for briefing any such motion to stay shall be included in the proposed schedule referenced in paragraph 2 above.

6. After the stay is lifted, Defendants shall not move to stay the Consolidated Derivative Action in deference to a Related Derivative Action.

7. If Defendants produce documents or written discovery to any shareholder in response to a related books and records demand or to any plaintiffs in any Related Derivative Action, Defendants shall promptly provide copies to Plaintiffs in the Consolidated Derivative Action subject to the parties entering into a reasonable confidentiality agreement that governs use of such documents in this Consolidated Derivative Action.

8. If the parties in any Related Derivative Action choose to pursue mediation, Defendants and Beyond Meat agree to provide Plaintiffs in the Consolidated Derivative Action with reasonable advanced notice of such mediation and to include Plaintiffs in such mediation.

9. If the parties in the Securities Class Action choose to pursue mediation, Defendants and Beyond Meat agree to provide Plaintiffs in the Consolidated Derivative Action with reasonable advanced notice of such mediation. In the event that Defendants do not include Plaintiffs in such mediation by the date they provide Plaintiffs such advance notice, the stay shall be lifted on that date.

10. During the stay, Plaintiffs may file an amended complaint, but Defendants shall not be required to respond to any such amended complaint until after the stay of proceedings is lifted and the Parties have filed with the Court a proposed scheduling order governing further proceedings.

11. This Stipulation is without prejudice to any and all defenses Defendants may assert in the Consolidated Derivative Action, including but not limited to any jurisdictional or venue challenges, and without prejudice to any and all claims Plaintiffs may assert in the Consolidated Derivative Action.

12. The Clerk of Court is ORDERED to administrative close this action.

IT IS SO ORDERED.

Dated: October 16, 2023

MICHAEL W. FITZGERALD
United States District Judge