# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION, | CASE NUMBER |
|---|---|
| Plaintiffs, | 2:23-CV-05954-MWF(AGRx) |
| v. | |
| Click here to enter Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |
| Defendants. | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Waller, Heather A.
*Applicant's Name (Last Name, First Name & Middle Initial*

(312) 876-7700          (312) 993-9767
*Telephone Number*        *Fax Number*

heather.waller@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL, 60611

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Beyond Meat, Inc., Ethan Walden Brown, Seth Goldman, Sally Grimes, Raymond Lane, Muktesh Pant, Ned Segal, Kathy Waller, Mark J. Nelson, and Philip E. Hardin

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Walsh, Ryan A.
*Designee's Name (Last Name, First Name & Middle Initial*

294506          (714) 540-1235          (714) 755-8290
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ryan.walsh@lw.com
*E-Mail Address*

of

LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:      ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 20, 2023**

**MICHAEL W. FITZGERALD, U.S. District Judge**