1   LATHAM & WATKINS LLP
2       Michele D. Johnson (Bar No. 198298)
         *michele.johnson@lw.com*
3       Ryan A. Walsh (Bar No. 294506)
         *ryan.walsh@lw.com*
4   650 Town Center Drive, 20th Floor
    Costa Mesa, CA 92626-1925
5   Tel.: +1.714.540.1235; Fax: +1.714.755.8290

6
        Heather A. Waller (*pro hac vice*)
7        *heather.waller@lw.com*
    330 North Wabash Avenue, Suite 2800
8   Chicago, IL 60611
    Tel.: +1.312.876.7700; Fax: +1.312.993.9767
9

10  *Attorneys for Nominal Defendant*
    *Beyond Meat, Inc. and Defendants*
11  *Ethan Walden Brown, Mark J. Nelson,*
    *Philip E. Hardin, Seth Goldman, Sally*
12  *Grimes, Raymond Lane, Muktesh Pant, Ned*
    *Segal, and Kathy Waller*
13

14  [Additional counsel listed on next page]

15              **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17

18  IN RE BEYOND MEAT, INC.            Lead Case No. 2:23-cv-05954-MWF-AGRx
    STOCKHOLDER DERIVATIVE
19  LITIGATION                          **JOINT STIPULATION FOR**
                                        **DISMISSAL OF ACTION WITHOUT**
20                                      **PREJUDICE**

21  _____
    This Document Relates to:
22
            ALL ACTIONS.
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
FERDEZA ZEKIRI (335507)
ALEX J. TRAMONTANO (27666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
Email: zekiri@whafh.com
Email: tramontano@whafh.com

**GAINEY McKENNA & EGLESTON**
GREGORY M. EGLESTON
THOMAS J. MCKENNA
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff Kimberly Brink*

**THE BROWN LAW FIRM, P.C.**
ROBERT C. MOEST
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: rmoest@aol.com

**THE BROWN LAW FIRM, P.C.**
TIMOTHY BROWN
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Hugues Gervat*

2

1.    WHEREAS, on July 21, 2023, Plaintiff Hugues Gervat filed a stockholder derivative complaint purportedly on behalf of Beyond Meat, Inc. ("Beyond Meat" or the "Company") against Defendants Ethan Walden Brown, Mark J. Nelson, Philip E. Hardin, Seth Goldman, Sally Grimes, Raymond Lane, Muktesh Pant, Ned Segal, and Kathy Waller (collectively, the "Individual Defendants," and together with Beyond Meat, "Defendants"), captioned *Gervat v. Brown, et al.*, Case No. 2:23-cv-05954-MWF-AGR (C.D. Cal.);

2.    WHEREAS, on July 27, 2023, Plaintiff Kimberly Brink filed a stockholder derivative complaint purportedly on behalf of the Company against the Individual Defendants captioned *Brink v. Brown, et al.*, Case No. 2:23-cv-06110-FMO-AS (C.D. Cal.);

3.    WHEREAS, on August 15, 2023, the Court consolidated the above-listed actions for all purposes under Case No. 23-5954-MWF (AGRx) under the above-listed caption (the "Consolidated Derivative Action");

4.    WHEREAS, the Consolidated Derivative Action is factually related to a securities class action lawsuit captioned *Saskatchewan Healthcare Employees' Pension Plan v. Beyond Meat, Inc., et al.*, No. 2:23-cv-03602 (C.D. Cal.) (the "Securities Class Action");

5.    WHEREAS, on October 16, 2023, the Court entered a stay of the Consolidated Derivative Action until twenty (20) business days following the resolution of any and all motions to dismiss, including exhaustion of appeals in the Securities Class Action;

6.    WHEREAS, on February 27, 2025, the court in the Securities Class Action granted the defendants' motion to dismiss and dismissed all of the plaintiffs' claims with prejudice, and the plaintiffs did not appeal the court's decision;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Defendants (together, the "Parties"), through their undersigned counsel of record, and subject to approval of this Court, as follows:

3

1.     This Consolidated Derivative Action, including all actions consolidated herein, shall be dismissed, on the terms provided for in this Stipulation and Proposed Order, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as to all complaints, claims, counterclaims, and/or causes of action.

2.     Notice to Beyond Meat stockholders of this dismissal is unnecessary, including because (1) the dismissal is without prejudice; (2) there has been no settlement or compromise of the Consolidated Derivative Action; (3) there has been no collusion among the parties; and (4) neither Parties nor their counsel has received or will receive, directly or indirectly, any consideration from Defendants for the dismissal.

3.     The Parties shall bear their own attorney's fees, costs, and expenses.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated:  May 7, 2025                              Respectfully submitted,

                                                 LATHAM & WATKINS LLP
                                                   Michele Johnson
                                                   Heather A. Waller
                                                   Ryan A. Walsh

                                                 By /s/ *Michele D. Johnson*
                                                   Michele D. Johnson

                                                 *Attorneys for Nominal Defendant*
                                                 *Beyond Meat, Inc. and Defendants*
                                                 *Ethan Walden Brown, Mark J. Nelson,*
                                                 *Philip E. Hardin, Seth Goldman, Sally*
                                                 *Grimes, Raymond Lane, Muktesh Pant,*
                                                 *Ned Segal, and Kathy Waller*

1   Dated:  May 7, 2025                    THE BROWN LAW FIRM, P.C.
2                                              Robert C. Moest
                                               Timothy Brown
3

4                                          By /s/ *Robert C. Moest*
                                           _____
5                                              Robert C. Moest

6                                          *Attorneys for Plaintiff Hugues Gervat*

7   Dated:  May 7, 2025                    WOLF HALDENSTEIN ADLER
8                                          FREEMAN & HERZ LLP
                                               Betsy C. Manifold
9                                              Ferdeza Zekiri
                                               Alex J. Tramontano
10

11                                         By /s/ *Alex J. Tramontano*
                                           _____
12                                             Alex J. Tramontano

13                                         GAINEY McKENNA & EGLESTON
                                               Gregory M. Egleston
14                                             Thomas J. McKenna

15                                         *Attorneys for Plaintiff Kimberly Brink*

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**ATTESTATION STATEMENT**

I, Michele D. Johnson, am the ECF User whose identification and password are being used to file the JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _/s/ Michele D. Johnson_
Michele D. Johnson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW