JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:23-cv-05954-MWF-AGRx |
| | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| This Document Relates to: ALL ACTIONS. | |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action be, and hereby is, DISMISSED without prejudice as to all complaints, claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 8, 2025

MICHAEL W. FITZGERALD
United States District Judge

**[PROPOSED] ORDER**